**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     The Nigerian Foundation (By and Through the Chairman of its Board of) v. Dr. Bedford Umezulike, et al.

Appellate case number:   01-20-00262-CV

Trial court case number: 2016-58037

Trial court:             295th District Court of Harris County

Appellant's brief was originally due on August 21, 2020. On September 9, 2020, our Court issued an order granting appellant's request to extend the deadline to November 19, 2020, **with no further extensions**. On December 3, 2020, appellant requested a further extension to March 2, 2021. On May 21, 2021, after appellant failed to file its brief by the date requested in its extension motion, appellee filed a motion to dismiss the appeal for failure to file a brief. On May 27, 2021, appellant filed a response to the motion to dismiss and requested a further extension to July 12, 2021.

Appellant's requests for further extensions are **denied**. This appeal will be dismissed unless an appellant's brief is filed within **10 days** of this order. Appellee's motion to dismiss remains pending.

It is so ORDERED.


Judge's signature: _____/s/ Gordon Goodman_____
                              Acting individually


Date: _____August 12, 2021_____